IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH ALLEN RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11cv786-WHA |
| ) | |
| WARDEN PHYLLIS BILLUPS, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED for the Plaintiff's abandonment of his claims, failure to comply with the orders of the court, and failure to prosecute the action.

DONE this 7th day of May, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE